# United States Court of Appeals for the Federal Circuit

---

August 16, 2011

**ERRATUM**

---

Appeal No. 2010-1102,-1103

**IN RE BRIMONIDINE PATENT LITIGATION**

-----------------------------------------------

**ALLERGAN, INC.,**

**v.**

**EXELA PHARMSCI INC. and EXELA PHARMSCI PVT., LTD.,**

**and**

**APOTEX INC. and APOTEX CORP.,**

Decided:  May 19, 2011
Precedential Opinion

---

Please make the following change:

Page 11, footnote 1, lines 9-10, the text should be changed to read
Dose Response Study" ("Derick").  The dissent characterizes that article